**Opinion issued February 29, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-23-00637-CV**

————————————

**ADAM ROSS AND SHERIKA ROSS, Appellants**

**V.**

**SAMUEL FORD, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-14996**

---

**MEMORANDUM OPINION**

Appellants, Adam Ross and Sherika Ross, have filed a motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.